AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____
Western District of New York

EITAN STANT AND VIOLET KNAUSS

*Plaintiff*

v.     Civil Action No.

CITY OF BUFFALO ET AL

*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*    City of Buffalo Police Officer Karl Schultz
City of Buffalo Police Headquarters
68 Court Street
Buffalo, New York 14202

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

FARES RUMI, ESQ.
THE PHOENIX LAW GROUP PLLC
2166 CHURCH RD
DARIEN CENTER, NEW YORK 14040

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*